Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
для the
District of Massachusetts

ASHENAFI - M - BERHE
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

channel 7 News Boston
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☐ Yes ☒ No

## COMPLAINT FOR A CIVIL CASE

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: ASHENAFI - BERHE
Street Address: 153 Worcester St Apt # 8
City and County: Boston MA 02118
State and Zip Code: 02118
Telephone Number: 857-493-8032
E-mail Address: 

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

Defendant No. 1
- Name
- Job or Title *(if known)* — Channel 7 News,
- Street Address — Boston.
- City and County
- State and Zip Code
- Telephone Number
- E-mail Address *(if known)*

Defendant No. 2
- Name
- Job or Title *(if known)*
- Street Address
- City and County
- State and Zip Code
- Telephone Number
- E-mail Address *(if known)*

Defendant No. 3
- Name
- Job or Title *(if known)*
- Street Address
- City and County
- State and Zip Code
- Telephone Number
- E-mail Address *(if known)*

Defendant No. 4
- Name
- Job or Title *(if known)*
- Street Address
- City and County
- State and Zip Code
- Telephone Number
- E-mail Address *(if known)*

ASHENAFI BERHE,  )
    Complaining  )
                                      )
V.                                     )

All Channels TV and radio in Boston
And other world.
                                      )

Date(s)multiple Violations began on January2017 Race,Color(Black,Non–Hispanic);Sexual Harassment (perceivedSexual orientation);Relation and National origin (Ethiopian,African );intentional law violation international agreement law violation wiretapped .

I am Ashenafi Berhe I was discriminated against by your all Channel in Boston Ma on basis of race/color (Black, Non-Hispanic); National origin (Ethiopian, African); sexual harassment

began in January when I saw my name on all Channel 7, Channel 25, and channel 5 and channel 4 News all announcing that I should be report if anyone saw me. I called the TV stations channel 7 news and channel 25 news I call them to clear my name. after I call clear my name on Television .channel 7 news I believe channels 7 news and other channel call to my phone providers to transmitted my information without "consent" and court order all is from past thirteen years to now all calls they

"thrusts Porte" all calls and "the voice massages". After that I her my voice on radio and TV ad used all Ad my information and I keep her my name on all local channels and other city and state the whole month and up on TV Ad in all TV Ad and radio on malls and offices and restaurant . after that channel 7 news start sale "my information "on "radio and Television and my family information and picture transmitted and sale to all channels her on city's in all state and other world and YouTube, LLC and on train transportation Authority news and in all malls radio and all office and restaurant, and university's on air and radio by my name ashenafi m berhe on YouTube "direct music "and "bake up music". Channel 7 news start contact of my friend and toke my family pictures from my cell phone information and copy and paste to other by illegally "to hear" to other the "voice massage" to my friends and other world. My family Porte (Tige) or genet and other" "all calls" "transmitted information" to all channels and radio they play back all calls to radio and TV other world. me and my family calling voice message and Those all without my "Consent" and court order this is also a violation Ethiopian laws and other world international law violation .this some radio and TV they "trusted Ports voice record and composed" all call they play back and" me and my family voice on radio and TV and sale to other world. Through channel 7 News and other channel world and "information on the air". By illegally other people show my self-picture and myfamily picture show on hospitals and malls and university's also in offices and stores ask "money" and at work ask money and this is federal crime and also start some channels "interviewed people" about me and my family by "illegally" and they don't even now a " my family history and life" from this all interviews peoples in Boston and other worlds contently interview without my consent and court .Some channels news TV and radio they say to peoples and media publication to TV and radio. They say Trump to arrests send the money. By Ashenafi m Berhe But me and my family we don't get any money for Those .also this is they accused to me and to

my family by a wiretap to under age and to all family when I make calls and they record and they play back on radio. All the conversations I made in Ethiopia. After three months and up almost few of my contacts they call them transmit and to ask a family's personal information and without "consent" they record and gave to all channels by illegally. Bing contacted some of my contacted telephone and by person without my consented, and covered me almost 2 months and plus other information relation on my family matters on channel 5 and channel 4 in the state of Boston and

Other city and state, and all over world, don't assaulted Ashenafi Mom on TV me and my family identity without court and consent. I was see on TV my picture and my family picture sale to all over the world". After this I received numerous unwanted assaulted and filling by the phone call and that her in Boston. all most five month and up assaulted in all malls, offices, hospital's and stores and also assaults on all radios and TV and other world contently sale cover to other world without court . After that me and all of my family living in Ethiopia abuse.

I also stated that my cell phone was compromised almost five month and up, my sister and mom phone every time I call to Ethiopia wiretapped. Identity information and picture was sold to radio and channels by channel 7 news and other radio and other world.

Because use wiretap and "violate international law" all live without "respect under age they call ask them unwanted "relation" to my family. After four month and up some channel call to my community to clear the "federal criminals charge"of some channels 7 news and channel 5 and other channel because of they violated international law and family information by "illegally " without my consent to city and state and other world transmitted . after that heir illegal people to investigate Some of my friends and other go my family house in Ethiopia with fake "fire arm" and "mask" and by inforce take "picture" and "record compose" and "Calling

telephone" and record them because of that live lost spy . my family they was under age and numerous unwanted call and "fake local news interview on air week "about my family and send "fake like local police officer to inforce her and record her to "Mom and my sister to all my family "and "under age children's" in Ethiopia. This is all without "consent". After all this I am living wiretapped and lost spy to me and my family live my family living with wiretapping and " internationals law violation " because of that me and my family in Ethiopia unable to "privacy" and I am faired to call Ethiopia. Because "everybody" her what I say and after that they "played back" in "radio" and people in "air weak" me and my family no have privacy to family ."This also Assaulted Mom and my "family abuse" all stated that my "personal information sale" and all channels and radios sale to other world channels .after that Ethiopian flag was up/ down and was Executive order made by city and state of governor and other world executive order to me and to my family but all channels and radio they say Trump to arrests they show the money to people and media. I or any family money or check family never paid. I believe some of my friends received illegally check wrote to me under my name and this is a federal crime and fraud violation to pay to other by illegally check or money. Because of Due to all nature of all violation all channel news and radio and other world channels are responsible my family privacy other world and other information.



- ASHENAFI -BERHE
-