UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASHENAFI BERHE,<br>      Plaintiff,<br><br>v.<br><br>CHANNEL 7 NEWS BOSTON,<br>ALL NEWS CHANNELS TV<br>AND RADIO IN BOSTON AND<br>OTHER WORLD<br>      Defendants. | Civil Action No.<br>17-11525-DJC |

## ORDER OF DISMISSAL

**CASPER, J.**                                                                                             September 28, 2017

The Court finds that the plaintiff is unable to pay the filing fee and ALLOWS the motion to proceed *in forma pauperis* (D. 2). Because the plaintiff is proceeding *in forma pauperis*, this Court must dismiss the complaint if the action is frivolous. 28 U.S.C. § 1915(e)(2)(B)(i). A complaint is frivolous "if the facts alleged are clearly baseless, a category encompassing allegations that are fanciful…[or]…fantastic" Miller v. Kennebec County Sheriff's Dept., 54 F.3d 764 (1st Cir. 1995)(unpublished decision)(quotations omitted). "As those words suggest, a finding of factual frivolousness is appropriate when the facts alleged rise to the level of the irrational or the wholly incredible, whether or not there are judicially noticeable facts available to contradict them." Denton v. Hernandez, 504 U.S. 25, 33 (1992). While the Court does not doubt the sincerity of plaintiff's belief in his claims, the complaint and supplement, read generously, nonetheless do not meet the screening requirements of 28 U.S.C. §1915(e)(2)(B)(i).

Accordingly, this action is DISMISSED pursuant to 28 U.S.C. §1915(e)(2)(B)(i).

**So Ordered.**

                                                                /s/ Denise J. Casper
                                                  **UNITED STATES DISTRICT JUDGE**